THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELVIN RAMOS, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [710 NYS2d 275] —Appeal unanimously dismissed without costs as moot (*see, Matter of Walker v Senkowski*, 260 AD2d 830; *Matter of Eastman v New York State Bd. of Parole*, 247 AD2d 740). (Appeal from Judgment of Supreme Court, Erie County, Dillon, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Hurlbutt and Lawton, JJ.